In the Matter of the Application of the VILLAGE OF BOONVILLE, NEW YORK, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, and PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondents. — Motion for reargument denied. Motion for leave to appeal granted. [See 245 App. Div. 468.] The court hereby certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: Did the Public Service Commission in its determination fixing rates in this proceeding properly decide that as matter of law such rates should not include a return on the value of the property owned by the village and used and useful in the public service? Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MARVIN J. KITTLE, as Administrator, etc., of EVELYN B. KITTLE, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22246.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of EMMA ROSENTHAL, Sole Surviving Executrix, etc., of JESSE ROSENTHAL (Late of New York County), Deceased, Petitioner, Respondent, for a Mandamus Order against MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, and MORRIS S. TREMAINE, Comptroller of the State of New York, Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of THE WESTCHESTER ELECTRIC RAILROAD COMPANY, THE NEW YORK, WESTCHESTER AND CONNECTICUT TRACTION COMPANY, WESTCHESTER STREET TRANSPORTATION COMPANY, INC., HASTINGS RAILWAY COMPANY, INC., WESTCHESTER MOTOR TRANSFER COMPANY, INC., EASTCHESTER TRANSPORTATION CORPORATION and NORTH STREET TRANSPORTATION CORPORATION, Petitioners, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting The Public Service Commission of the State of New York, Being the State Division of the Department of Public Service of the State of New York, to Review the Determination of the Public Service Commission in the Matter of the Application of Said Petitioners for the Approval of Contracts of Lease, Dated November 15, 1933, to the Petitioner WESTCHESTER STREET TRANSPORTATION COMPANY, INC., of the Use of All the Omnibus Lines of All the Said Petitioners (Except Petitioner WESTCHESTER STREET TRANSPORTATION COMPANY, INC.), Respondents.— Motion for reargument denied. Motion for leave to appeal granted. [See 245 App. Div. 435.] The court hereby certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: Did the Public Service Commission have jurisdiction in this proceeding to grant its approval of the leases here involved made between Westchester Electric Railroad Company, The New York, Westchester and Connecticut Traction Company, Hastings Railway Company, Inc., Westchester Motor Transfer Company, Inc., Eastchester Transportation Corporation and North Street Transportation Corporation, as lessors, and the Westchester Street Transportation Company, Inc., as lessee? Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.